EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**NICHOLAS HAMMER,**

***Defendant.***

**CRIMINAL COMPLAINT**

**Case No.** 21-MJ-54-SPS

I, Daniel C. Jeffreys, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about 11/16/2020, in the Eastern District of Oklahoma, defendant, **NICHOLAS HAMMER,** violated Title 18, United States Code, Section(s) 113(a)(6), 1151 & 1153 an offense described as follows: Assault resulting in serious bodily injury in Indian Country

I further state that I am a special agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Daniel C. Jeffreys , which is attached hereto and made a part hereof by reference.)

☒ Continued on the attached sheet.

Daniel C. Jeffreys, Special Agent, FBI
Complainant

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: 3/16/2020

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES DISTRICT COURT ★ EASTERN DISTRICT OF OKLAHOMA ★

# AFFIDAVIT IN SUPPORT AN APPLICATION FOR A COMPLAINT AND ARREST WARRANT

I, Special Agent Daniel C. Jeffreys, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately 2 years. I am currently assigned to the Oklahoma City Field Office, Muskogee Resident Agency and responsible for investigating violations of federal law relevant to Indian Country. In the course of my duties as special agent, I have investigated criminal violations related to Indian Country crimes, as explained in 18, United States Code, Section 1151 and as it pertains to the Major Crimes Act (MCA).

2. This affidavit is submitted in support of an application for a complaint and arrest warrant charging NICHOLAS HAMMER (HAMMER) with and assault resulting in serious bodily injury in violation of 18 U.S.C. § 113(a)(6). Based on the evidence described below, I respectfully submit that probable cause exists that HAMMER has violated 18 U.S.C § 113(a)(6), to wit, causing serious bodily injury during an assault.

3. Information in this affidavit is based on my personal knowledge and on information provided to me by other Indian Country investigators and law enforcement officers during the course of this investigation. As your affiant, I have reviewed the investigative reports from the Westville Police Department (WPD). Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only

the facts that I believe are necessary to establish the necessary probable cause that HAMMER has violated Title 18 U.S.C. § 113(a)(6).

**VENUE**

4. The facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma. More specifically, the facts and circumstances occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country, to wit, the Cherokee Reservation.

5. DEFENDANT: the defendant is NICHOLAS HAMMER. For purposes of federal jurisdiction, HAMMER is an Indian and is an enrolled member of Cheyenne Arapaho Tribe.

6. VICTIM: For purposes of federal jurisdiction, victim was not found to be registered or enrolled as an Indian.

**BACKGROUND OF INVESTIGATION**

7. On November 16, 2020, Westville Police Department (WPD) dispatched officers to 322 North Locust St, Westville, OK 74965 for a physical altercation. The altercation took place across the street at 802 North Locust St, Westville, OK 74965 (residence).

8. Victim told WPD that HAMMER assaulted him and used a weapon and boot to do so. Victim went across the street to get help after the assault. Witnesses from 322 North Locust St. stated, Victim was telling them HAMMER was the one who assaulted him.

9. Victim had severe lacerations above the left eyebrow, left temple into the hairline, and left wrist. The severe laceration on the left wrist looked to be a defensive wound from blocking a blunt object. Victim also had swollen areas around his eyes, a cut lip, and was bleeding from the multiple injuries. Emergency Medical Services requested a life flight to a trauma center due to the injuries sustained by Victim.

10. WPD cleared the residence and observed the following: Multiple pieces of cinder block with blood on them, bloody boot prints, multiple blood splatters on the walls, and multiple fabrics on the bed and residence with blood.

11. HAMMER was detained away from the scene by WPD. HAMMER was wearing boots that matched the crime scene bloody boot prints and had some blood splatter on his pants.

**CONCLUSION**

12. Based on the evidence described above, I believe probable cause exists that on or about November 16, 2020, in the Eastern District of Oklahoma, NICHOLAS HAMMER, assaulted victim in violation of 18 U.S.C. § 113(a)(6), to wit, assault resulting in serious bodily injury.

Further your affiant sayeth not.

DANIEL C. JEFFREYS, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16 DAY OF MARCH, 2021.

STEVEN P . SHREDER
United States Magistrate Judge